Tevis T. Thompson, Jr.
Chapter 7 Bankruptcy Trustee
P.O. Box 1110
Martinez, CA 94553
Tevisch7trustee@sbcglobal.net
(925) 228-0120
(925) 228-0526 fax

RECEIVED
SEP 1 5 2011
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

FILED
SEP 1 2 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

In Re:　　　　　　　　　　　　　　　　　Case No. 06-40436 L7

　　　　　　　　　　　　　　　　　　　　Chapter 7

FRANCIS W. REIMERS,

　　　　Debtor.　　　　　　　/　　NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the court, unclaimed dividends in the amount of $2,369.02. The Names(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 24 | Betty Goetschel<br>21805 Michigan Lane<br>Lake Forest, CA 92630-1912 | $677,137.08 | $2,369.02 |

**Total Dividend Amount**　　　　　　　　　　　　　　　　　　　$2,369.02

Dated: July 7, 2011

　　　　　　　　　　　　　　　　　　　_/s/ Tevis T. Thompson_
　　　　　　　　　　　　　　　　　　　Tevis T. Thompson, Jr.
　　　　　　　　　　　　　　　　　　　Chapter 7 Bankruptcy Trustee