Tevis T. Thompson, Jr.
Chapter 7 Bankruptcy Trustee
P.O. Box 1110
Martinez, CA 94553
Telephone: (925) 228-0120
Facsimile: (925) 228-0526
E-Mail: Tevist@sbcglobal.net

FILED
SEP 1 4 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

RECEIVED
SEP 1 6 2011
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

FRANCIS W. REIMERS,

        Debtor.

Chapter 7
Case No. 06-40436 L7

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of the Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case herby turns over to the court, unclaimed dividends in the amount of $3,204.69. The Name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 15 | A. Steven and Sarah M. Guthrie<br>c/o Gregory C. Nuti<br>McNutt & Litteneker, LLP<br>188 The Embarcadero, Suite 800<br>San Francisco, CA 94105 | $848,708.00 | $2,969.29 |
| 16 | Susan Woodhead Spencer<br>c/o Gregory C. Nuti<br>McNutt & Litteneker, LLP<br>188 The Embarcadero, Suite 800<br>San Francisco, CA 94105 | $67,287.54 | $235.40 |
| | Total Dividend Amount | | $3,204.69 |

Dated: September 12, 2011

Tevis T. Thompson, Jr.
Chapter 7 Trustee

-1-